UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 3:01cr210(CFD) |
| v. : | |
| JOSE ANTIGUA : | June 16, 2005 |

## MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut hereby moves for the dismissal of Counts One, Two, Four, Ten, Fourteen, Fifteen and Eighteen of the Superseding Indictment to the extent that they pertain to the defendant, Jose Antigua.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20451
450 Main Street, Room 328
Hartford, CT 06103

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was hand delivered on June 16, 2005 to Richard Cramer, Esq.

_____
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY