UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:01CR210(CFD) |
| | : | |
| v. | : | |
| | : | |
| JOSE ANTIGUA | : | |

## MOTION TO DISMISS

The United States Attorney, through the undersigned Assistant United States Attorney, respectfully requests that the original Indictment dated September 5, 2001 and Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16 and 17 in the Superseding Indictment dated October 4, 2001, in the above-entitled matter, be dismissed as to the defendant, Jose Antigua.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR. #ct 01503

SO ORDERED:

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut, this _____ day of December, 2005.

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been mailed, via first-class mail, this 19th day of December, 2005, to:

Richard S. Cramer, Esq.
Law Offices Of Richard Cramer
449 Silas Deane Highway
Wethersfield, Connecticut 06109

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY