UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 DEC 19 A 8:48
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:01CR210(CFD) |
| v. | : | |
| JOSE ANTIGUA | : | |

## MOTION TO DISMISS

The United States Attorney, through the undersigned Assistant United States Attorney, respectfully requests that the original Indictment dated September 5, 2001 and Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16 and 17 in the Superseding Indictment dated October 4, 2001, in the above-entitled matter, be dismissed as to the defendant, Jose Antigua.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR. #ct 01503

SO ORDERED:

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut, this 30th day of December, 2005.